IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMIE CRAWFORD,

      Plaintiff,

v.                                  CASE NO.: 8:20-cv-01026

UNIFIN, INC., and CACH, LLC,

      Defendants.
_____/

## DEFENDANT CACH, LLC'S ANSWER TO COMPLAINT

Defendant CACH, LLC, by and through its undersigned counsel, answers Plaintiff's Complaint as follows:

### PRELIMINARY STATEMENT

1.     Admitted in part, denied in part. CACH admits Plaintiff brings this action pursuant to 15 U.S.C. § 1692 *et seq.*, the Fair Debt Collection Practices Act ("FDCPA") and Fla. Stat. § 559.55 *et seq.*, the Florida Consumer Collection Practices Act ("FCCPA"). Upon information and belief, CACH admits Plaintiff is an individual. CACH denies violating the FDCPA and FCCPA. After reasonable investigation, CACH lacks sufficient knowledge and information to form a belief as to the truth of all remaining allegations in Paragraph 1 of the Complaint and as such they are denied.

### JURISDICTION

2.     CACH denies the allegations in Paragraph 2 of the Complaint.

3.     CACH denies the allegations in Paragraph 3 of the Complaint.

4.     CACH denies the allegations in Paragraph 4 of the Complaint.

5. Admitted in part, denied in part. CACH does not contest venue. CACH denies all remaining allegations in Paragraph 5 of the Complaint.

## PARTIES

6. Admitted in part, denied in part. Upon information and belief, CACH admits Plaintiff is a natural person, residing in the city of Brandon, Hillsborough County, Florida. After reasonable investigation, CACH lacks sufficient knowledge and information to form a belief as to the truth of all remaining allegations in Paragraph 6 of the Complaint and as such they are denied.

7. After reasonable investigation, CACH lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 7 of the Complaint and as such they are denied.

8. After reasonable investigation, CACH lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 8 of the Complaint and as such they are denied.

9. After reasonable investigation, CACH lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 9 of the Complaint and as such they are denied.

10. Admitted in part, denied in part. CACH admits it is a Colorado limited liability company. CACH denies all remaining allegations in Paragraph 10 of the Complaint.

11. Admitted.

12. Admitted.

13. CACH denies the allegations in Paragraph 13 of the Complaint.

## FACTUAL ALLEGATIONS

14. Admitted in part, denied in part. CACH admits Plaintiff defaulted on a credit card account originally issued by Fifth Third Bank. CACH denies all remaining allegations in Paragraph 14 of the Complaint.

15. After reasonable investigation, CACH lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 15 of the Complaint and as such they are denied.

16. Admitted.

17. CACH denies the allegations in Paragraph 17 of the Complaint.

18. CACH denies the allegations in Paragraph 18 of the Complaint.

19. After reasonable investigation, CACH lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 19 of the Complaint and as such they are denied.

20. After reasonable investigation, CACH lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 20 of the Complaint and as such they are denied.

21. After reasonable investigation, CACH lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 21 of the Complaint and as such they are denied.

22. After reasonable investigation, CACH lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 22 of the Complaint and as such they are denied.

23. CACH denies the allegations in Paragraph 23 of the Complaint.

24. CACH denies the allegations in Paragraph 24 of the Complaint.

25. CACH denies the allegations in Paragraph 25 of the Complaint.

26. CACH denies the allegations in Paragraph 26 of the Complaint.

27. CACH denies the allegations in Paragraph 27 of the Complaint.

28. CACH denies the allegations in Paragraph 28 of the Complaint.

29. After reasonable investigation, CACH lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 29 of the Complaint and as such they are denied.

30. CACH denies the allegations in Paragraph 30 of the Complaint.

31. After reasonable investigation, CACH lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 31 of the Complaint and as such they are denied.

32. CACH denies the allegations in Paragraph 32 of the Complaint.

33. CACH denies the allegations in Paragraph 33 of the Complaint.

34. CACH denies the allegations in Paragraph 34 of the Complaint.

35. CACH denies the allegations in Paragraph 35 of the Complaint.

36. CACH denies the allegations in Paragraph 36 of the Complaint.

37. CACH denies the allegations in Paragraph 37 of the Complaint.

38. CACH denies the allegations in Paragraph 38 of the Complaint.

39. After reasonable investigation, CACH lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 39 of the Complaint and as such they are denied.

40. Admitted in part, denied in part. CACH admits only the accuracy of any properly quoted text from the communication attached to Plaintiff's Complaint as Exhibit E. CACH denies all remaining allegations in Paragraph 40 of the Complaint.

41. Admitted in part, denied in part. CACH admits only the accuracy of any properly quoted text from the communication attached to Plaintiff's Complaint as Exhibit E. CACH denies all remaining allegations in Paragraph 41 of the Complaint.

42. CACH denies the allegations in Paragraph 42 of the Complaint.

43. CACH denies the allegations in Paragraph 43 of the Complaint.

44. After reasonable investigation, CACH lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 44 of the Complaint and as such they are denied.

45. After reasonable investigation, CACH lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 45 of the Complaint and as such they are denied.

46. After reasonable investigation, CACH lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 46 of the Complaint and as such they are denied.

47. After reasonable investigation, CACH lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 47 of the Complaint and as such they are denied.

48. After reasonable investigation, CACH lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 48 of the Complaint and as such they are denied.

49. CACH denies the allegations in Paragraph 49 of the Complaint.

50. CACH denies the allegations in Paragraph 50 of the Complaint.

51. CACH denies the allegations in Paragraph 51 of the Complaint.

52. CACH denies the allegations in Paragraph 52 of the Complaint.

53. CACH denies the allegations in Paragraph 53 of the Complaint.

54. CACH denies the allegations in Paragraph 54 of the Complaint.

55. After reasonable investigation, CACH lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 55 of the Complaint and as such they are denied.

## COUNT I
## JOINT VIOLATIONS OF THE FDCPA

56. CACH incorporates and realleges Paragraphs 1 through 55 of this Answer as though more fully set forth herein.

57. CACH denies the allegations in Paragraph 57 of the Complaint.

58. CACH denies the allegations in Paragraph 58 of the Complaint.

59. CACH denies the allegations in Paragraph 59 of the Complaint.

60. CACH denies the allegations in Paragraph 60 of the Complaint.

WHEREFORE, Defendant CACH, LLC respectfully requests that this Honorable Court enter judgment in its favor and against Plaintiff; dismiss Plaintiff's Complaint with prejudice; and further award all such other relief, including attorney's fees and costs, as is just and appropriate.

## COUNT II
## CACH'S VIOLATIONS OF THE FCCPA

61. CACH incorporates and realleges Paragraphs 1 through 55 of this Answer as though more fully set forth herein.

62. CACH denies the allegations in Paragraph 62 of the Complaint.

WHEREFORE, Defendant CACH, LLC respectfully requests that this Honorable Court enter judgment in its favor and against Plaintiff; dismiss Plaintiff's Complaint with prejudice; and further award all such other relief, including attorney's fees and costs, as is just and appropriate.

## JURY TRIAL DEMANDED

Admitted in part, denied in part. CACH admits Plaintiff requests a trial by jury. CACH denies the existence of triable issues of fact. To the extent triable issues of fact are found to exist, CACH demands a trial by jury on all issues so triable.

Respectfully submitted,

**MESSER STRICKLER, LTD.**

By: */s/ John M. Marees, II*
LAUREN M. BURNETTE, ESQUIRE
FL Bar No. 0120079
JOHN M. MAREES, II, ESQUIRE
FL Bar. No. 0069879
12276 San Jose Blvd.
Suite 718
Jacksonville, FL 32223
(904) 527-1172
(904) 683-7353 (fax)
lburnette@messerstrickler.com
jmarees@messerstrickler.com
*Counsel for Defendant*

Dated: May 27, 2020

## CERTIFICATE OF SERVICE

I certify that on May 27, 2020, a true copy of the foregoing document was served as follows:

| *Via CM/ECF* | *Via CM/ECF* |
|---|---|
| Brian J. Geiger, Esq. | Dayle Marie Van Hoose, Esq. |
| Seraph Legal, P.A. | Sessions, Fishman, Nathan & Israel, LLC. |

| | |
|---|---|
| 2002 E. 5th Avenue, Suite 104 | 3350 Buschwood Park Drive, Suite 195 |
| Tampa, FL 33605 | Tampa, FL 33618 |
| BGeiger@SeraphLegal.com | dvanhoose@sessions.legal |
| *Counsel for Plaintiff* | *Counsel for Unifin, Inc.* |

**MESSER STRICKLER, LTD.**

By: */s/ John M. Marees, II*
LAUREN M. BURNETTE, ESQUIRE
FL Bar No. 0120079
JOHN M. MAREES, II, ESQUIRE
FL Bar. No. 0069879
12276 San Jose Blvd.
Suite 718
Jacksonville, FL 32223
(904) 527-1172
(904) 683-7353 (fax)
lburnette@messerstrickler.com
jmarees@messerstrickler.com
*Counsel for Defendant*

Dated: May 27, 2020